**The order is rejected because the notice contains an incorrect address for the clerk of court. Also, the proposed order incorrectly recites the date of the filing. An amended notice must be filed and a new proposed order must be uploaded within five days.**

**The matter addressed in this rejected order and accompanying motion is unresolved for the reason(s) set forth above.**
**SIGNED this 14th day of May, 2019**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET. PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ARROW GRAPHICS, INC.** Case No. **3:18-bk-33681-SHB**
Chapter 7

Debtor.

REJECTED

**ORDER APPROVING SALE OF DEBTOR'S REAL AND PERSONAL PROPERTY**

On or about March 15, 2019, Michael H. Fitzpatrick, Trustee, filed a Notice of Sale of Debtor's Personal Property pursuant to 11 U.S.C. §363 and the Fed. R. of Bakr. P. 2002 and 6004. In the Notice, the Trustee proposed to sell the debtor's non-exempt personal property consisting of printing ink, printing screens, and all other screen printing business assets listed in the Debtor's Schedule A to Delton Rissler for $10,000.00. The Notice was served on all creditors and parties in interest. There being no objections filed to the Trustee's Notice, and it otherwise appearing to the Court that the notice is proper.

It is thereby **ORDERED** that the Trustee's sale of the debtor's personal property to Delton Rissler for $10,000.00 is **APPROVED**. It is further **ORDERED** that the stay period of Federal Rule of Bankruptcy Procedure 6004(h) is waived for cause and this Order be effective upon entry.

.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com

